Case 20-21579-GLT    Doc 37    Filed 09/24/20    Entered 09/24/20 13:16:58    Desc Main
                        Document      Page 1 of 2

FILED
9/24/20 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-21579-GLT |
| RONALD P. ORAVEC and GURETTA G. ) | |
| ORAVEC, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| RONALD P. ORAVEC and GURETTA G. ) | |
| ORAVEC, ) | |
| ) | Related to Docket No. 26 |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| HOME LOAN INVESTMENT BANK, ) | |
| FSB, as Assignee of OCEAN BANK, FSB, ) | |
| ) | |
| Respondent/Creditor. ) | |

## CONSENT ORDER FOR LOSS MITIGATION

A ***Motion for Loss Mitigation*** was filed by Debtors Ronald P. Oravec and Guretta G. Oravec on August 26, 2020. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this  24th Day of September  , 2020, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's ***Loss Mitigation Program*** (**LMP**) as set forth in *W.PA.LBR 9020-1* through *9020-7*.

        Debtor:     Ronald P. Oravec and Guretta G. Oravec

        Creditor:   Home Loan Investment Bank, FSB as assignee of
                           Ocean Bank, FSB

(2) ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $499.93 per month (or 60% of the regular monthly mortgage payment, the parties having agreed that the regular monthly mortgage payment is $833.21 with no escrow payment) to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7) ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*. The Loss Mitigation Period will terminated on January 22, 2021.

(8) ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9) Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
GREGORY L. TADDONIO,
U.S. Bankruptcy Court

Consented to by:

| | |
|---|---|
| /s/ Glenn R. Bartifay, Esquire | **ASTOR WEISS KAPLAN & MANDEL, LLP** |
| GLENN R. BARTIFAY, ESQUIRE | |
| Pa. Id. No. 68763 | By: /s/ WMMullineaux |
| Attorney for Movants/Debtors | William Mark Mullineaux, Esquire |
| | 200 S. Broad Street, Suite 600 |
| BARTIFAY LAW OFFICES, P.C. | Philadelphia, PA 19102 |
| 3134 Lillian Avenue | Phone: (215) 893-4956 |
| First Floor | Email: mmullineaux@astorweiss.com |
| Murrysville, PA 15668 | Attorney for Home Loan Investment Bank, F.S.B. |
| (412) 824-4011 | Pennsylvania Bar 40964 |
| gbartifay@bartifaylaw.com | |

PAWB Local Form 41 (06/17)

2