FILED
12/10/20 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 20-21579-GLT |
| RONALD P. ORAVEC and GURETTA G. ) | |
| ORAVEC, ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| RONALD P. ORAVEC and GURETTA G. ) | |
| ORAVEC, ) | Related to Docket No. 42 & 53 |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| HOME LOAN INVESTMENT BANK, ) | |
| FSB, as Assignee of OCEAN BANK, FSB, ) | |
| ) | |
| Respondent/Creditor. ) | |

## ORDER

AND NOW, this 10th Day of December, 2020, it is hereby ORDERED that the Motion to Enforce Loss Mitigation Order filed on November 21, 2020, Doc. No. 42 by Movants Roanld P. Oravec and Gretta G. Oravec ("Debtors") against Respondent Home Loan Investment Bank, FSB, as assignee of Ocean Bank, FSB ("Creditor") is denied as withdrawn. Debtors have leave of court to file a subsequent motion to enforce the loss mitigation if they believe that Creditor is not compliant. The Zoom hearing scheduled for December 16, 2020 at 10:00 a.m. is cancelled.

GREGORY L. TADDONIO
U.S. Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-21579-GLT |
|---|---|
| Ronald P Oravec | Chapter 13 |
| Guretta G Oravec | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 2
Date Rcvd: Dec 10, 2020    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ronald P Oravec, Guretta G Oravec, 1005 New Castle Street, Butler, PA 16001-5558 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Glenn R. Bartifay | on behalf of Debtor Ronald P Oravec gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Guretta G Oravec gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William Mark Mullineaux | on behalf of Creditor Home Loan Investment Bank FSB mmullineaux@astorweiss.com, jcrismond@astorweiss.com |

District/off: 0315-2 User: mgut Page 2 of 2
Date Rcvd: Dec 10, 2020 Form ID: pdf900 Total Noticed: 1
TOTAL: 5