# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKR. NO. 20-21579-GLT |
| RONALD P. ORAVEC and GURETTA G. ORAVEC | ) |
| | ) CHAPTER 13 |
| | ) |
| Debtors. | ) Related to Claim 10-1 |
| | ) |
| RONALD P. ORAVEC and GURETTA G. ORAVEC | ) |
| | ) |
| | ) |
| Debtor, | ) |
| | ) |
| vs. | ) |
| | ) |
| HOME LOAN INVESTMENT BANK, F.S.B., formerly named OCEAN BANK, F.S.B. | ) |
| | ) |
| | ) |
| | ) |
| Creditor | ) |

## HOME LOAN INVESTMENT BANK, F.S.B.'S WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (CLAIM 10-1)

Kindly withdraw Home Loan Investment Bank's Notice of Postpetition Mortgage Fees, Expenses, and Charges (CLAIM 10-1), filed on May 14, 2021.

Respectfully submitted:

ASTOR WEISS KAPLAN & MANDEL, LLP

Dated: June 23, 2021    B:  /s/H. DAVID SEIDMAN, ESQUIRE
Attorney for Creditor,
Home Loan Investment Bank F.S.B.
Identification No. 87769
200 South Broad Street, Suite 600
Philadelphia, PA  19102
Phone (215) 790-0100
Fax (215) 400-22

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKR. NO. 20-21579-GLT |
| RONALD P. ORAVEC and GURETTA G. ORAVEC | ) |
| | ) CHAPTER 13 |
| | ) |
| Debtors. | ) Related to Claim 10-1 |
| | ) |
| RONALD P. ORAVEC and GURETTA G. ORAVEC | ) |
| | ) |
| | ) |
| Debtor, | ) |
| | ) |
| vs. | ) |
| | ) |
| HOME LOAN INVESTMENT BANK, F.S.B., formerly named OCEAN BANK, F.S.B. | ) |
| | ) |
| Creditor | ) |

## CERTIFICATE OF SERVICE

I, H. David Seidman, hereby certify that I did serve a true and correct copy of the foregoing HOME LOAN INVESTMENT BANK'S WITHDRAWAL NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES (CLAIM 10-1),  on June 23, 2021 on the following parties as indicated:

<u>By electronic notice through the Courts ECF filing</u>:

**GLEN R. BARTIFAY**
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com

**RONDA J. WINNECOUR**
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburg, PA 15219
(412) 471-5566

**U.S. Trustee**
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburg, PA 15222
(412) 644-4756

ASTOR WEISS KAPLAN & MANDEL, LLP

BY: _____*/s/H. David Seidman*_____
H. David Seidman, Esquire
Attorneys for Plaintiff
200 S. Broad St., Ste. 600
Philadelphia, PA 19102
Phone (215) 790-0100
Fax (215) 790-0509

Dated:   June 23, 2021